Gene W. Choe, Esq. (SBN 187704)
gwc@choicelaw.org
LAW OFFICES OF GENE W. CHOE, P.C.
3250 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone 213-639-3888
Facsimile 213-383-8280

Attorneys for Plaintiff, VERONICA MOJICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MOJICA,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>FIRST AMERICAN TRUSTEE<br>SERVICING SOLUTIONS, LLC;<br>and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO: CV12-1608 GW(AGRx)<br><br>[PROPOSED ORDER] ON PLAINTIFF'S EX PARTE APPLICATION FOR REMAND, OR, IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE AND ISSUANCE OF A TEMPORARY RESTRAINING ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    IT IS HEREBY ORDERED that:

    1) This action be remanded to Los Angeles Superior Court.


Dated: March ___, 2012          By: _____
                                                    Judge George H. Wu